SEDLEY E. LEE, Appellant, *v.* JAMES A. SPERRY et al.,
Respondents.

*Lee v. Sperry*, 172 App. Div. 895, appeal dismissed.
(Submitted October 11, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 19, 1915, unanimously affirming a
judgment in favor of defendants entered upon a verdict
in an action for libel. Defendants were proprietors of
the Brooklyn *Daily Times* which published a news item
stating that plaintiff had been arrested upon a summons
and complaint charging him with grand larceny. The
answer pleaded " truth " and " privilege."

*Alexander S. Bacon* for appellant.
*Robert H. Wilson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CAR-
DOZO, POUND and CRANE, JJ. Not voting: ANDREWS, J.